UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60754-Civ-WILLIAMS

LARRY ZARRELLA, and
ZARRELLA CONSTRUCTION, INC.,

        Plaintiffs,

vs.

PACIFIC LIFE INSURANCE COMPANY,

        Defendant.
_____/

### FINAL ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT PACIFIC LIFE INSURANCE COMPANY'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS

This MATTER is before the Court on Defendant's Notice of Settlement of Attorneys' Fees and Costs Motions [D.E. 277], and the Parties' Joint Stipulation of Dismissal with Prejudice of Defendant's Motion for Attorneys' Fees and Bill of Costs [D.E. 279]. Accordingly, it is **ORDERED AND ADJUDGED** that:

    1.    Pacific Life's Motion for Attorneys' Fees [D.E. 268] and Bill of Costs [D.E. 253] is hereby **DISMISSED WITH PREJUDICE**.

    2.    Plaintiffs agree to pay Pacific Life $123,531.75 in attorneys' fees and $38,611.90 in costs incurred by Pacific Life in the district court.

    3.    Pacific Life reserves the right to seek its appellate attorneys' fees and costs should Plaintiffs appeal.

    4.    Plaintiffs reserves their right to seek to void this Order on the grounds that Pacific Life is not the "prevailing party" should this matter be overturned on appeal.

1

5.   Without affecting the finality of this Final Order and Judgment in any way, the Court will retain jurisdiction as to all matters relating to the administration, consummation, enforcement, and interpretation of this Final Order and Judgment relating to Pacific Life's Motion for Attorneys' Fees and Bill of Costs.

DONE AND ORDERED in Chambers, at Miami, Florida, this 31st day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE