UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:10-cv-60754-CIV-WILLIAMS/SELTZER**

LARRY ZARRELLA, an individual,
ZARRELLA CONSTRUCTION, INC.,
A Florida Corporation, on Behalf of All
Others Similarly Situated,

       Plaintiffs,
v.

PACIFIC LIFE INSURANCE COMPANY,

       Defendant.
_____/

## JOINT MOTION TO CLOSE CASE AND TO DISCHARGE SUPERSEDEAS BOND

Pursuant to Federal Rule of Civil Procedure Rule 6(a) of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of Court for the Southern District of Florida, Plaintiffs, Larry Zarrella and Zarrella Construction, Inc. (hereinafter "Plaintiffs"), and Defendant, Pacific Life Insurance Company, Inc. ("Pacific Life") respectfully move this Court for entry of an Order granting their Joint Motion to Close Case and to Discharge Supersedeas Bond. In support thereof, the parties assert the following:

1.    As this Court is aware, Plaintiffs commenced an appeal of the Final Judgment [D.E. 276] in this matter in the United States Court of Appeals for the Eleventh Judicial Circuit on January 27, 2012 [*see* Notice of Appeal, D.E. 278]. Shortly thereafter, this Court entered a Final Order and Judgment of Dismissal with Prejudice of Defendant Pacific Life Insurance Company's Motion for Attorneys' Fees and Bill of Costs [D.E. 280], acknowledging Plaintiffs' agreement to Pay Pacific Life $123,531.75 in attorneys'

1

fees and $38,611.90 in costs incurred by Pacific Life in the district court. In the Order the Court stated that it would "retain jurisdiction as to all matters relating to the administration, consummation, enforcement, and interpretation of this Final Order and Judgment relating to Pacific Life's Motion for Attorneys' Fees and Bill of Costs." [D.E. 280 at p. 2]

2. Plaintiffs then sought and were granted a stay of execution on the judgment entered against them [*see* Plaintiff's Motion, D.E. 283; and Court's Order as to the stay of execution, D.E. 284] pending the disposition of the appeal upon filing a supersedeas bond with the Court [*see* Notice of Filing Supersedeas Bond, D.E. 285] in the amount of $178,358.02 – 110% of the judgment pursuant to Rule 62(d) of the Federal Rules of Civil Procedure and Rule 62.1 of the Local Rules for the Southern District of Florida.

2. On November 26, 2012, the Eleventh Circuit issued its opinion affirming the Final Judgment in this matter [*Zarrella v. Pacific Life Ins. Co.*, Case No. 12-10581]. Pursuant to the parties' ongoing settlement discussions in connection with this case and the related matter of *Zarrella v. Pacific Life Ins. Co.*, Case No. 12-cv-60320 ("*Zarrella II*"), the parties have entered into a global Confidential Settlement Agreement which resolves both cases. Pursuant to the Confidential Settlement Agreement, the Judgment of $162,143.65 in attorneys' fees and costs in this case is deemed satisfied and Plaintiffs are permitted to recover the supersedeas bond which was previously filed with the Court. Thus, the parties hereby deem the Final Order and Judgment of Dismissal with Prejudice on Pacific Life's Motion for Attorneys' Fees and Bill of Costs satisfied.

3. Accordingly, the parties respectfully request that this case be closed, and

that the supersedeas bond filed by Plaintiffs (Bond No. 964-117-156) be hereby discharged.

WHEREFORE, the parties respectfully move this Court for entry of an Order closing this case and discharging the supersedeas bond (Bond No. 964-117-156) filed by Plaintiffs.

Respectfully submitted,

s/ Ronald P. Weil
Ronald P. Weil (Fla. Bar No. 169966)
rpw@weillaw.net
John M. Quaranta (Fla. Bar No. 940641)
john@weillaw.net
Marguerite Snyder (Fla. Bar No. 079082)
WEIL QUARANTA, P.A.
200 South Biscayne Boulevard
Wachovia Financial Center, Suite 900
Miami, Florida 33131
Telephone: (305) 372-5352
Facsimile: (305) 372-5355

*Attorneys for Plaintiffs Larry Zarrella and Zarrella Construction, Inc.*

s/Enrique D. Arana
Enrique D. Arana (Fla. Bar No. 189316)
eda@jordenusa.com
Todd M. Fuller (Fla. Bar No. 666211)
tmf@jordenusa.com
JORDEN BURT LLP
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone: (305) 371-2600
Facsimile: (305) 372-9928

*Attorneys for Defendant Pacific Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Enrique D. Arana, Esq., Jorden Burt, LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131 Phone: (305) 371-2600; Fax: (305) 372-9928; e-mail: eda@jordenusa.com.

Respectfully submitted:

   s/ Ronald P. Weil
Ronald P. Weil
Florida Bar No: 169966
E-mail: RPW@weillaw.net
John M. Quaranta
Florida Bar No. 940641
E-Mail: john@weillaw.net
**WEIL QUARANTA, P.A.**
Southeast Financial Center, Suite 900
200 South Biscayne Boulevard
Miami, Florida  33131
Office:  305-372-5352
Fax:  305-372-5355

*Counsel for Plaintiffs, Larry Zarrella, an individual, Zarrella Construction, Inc., a Florida Corporation*