UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60754-Civ-WILLIAMS

LARRY ZARRELLA, and
ZARRELLA CONSTRUCTION, INC.,

    Plaintiffs,

vs.

PACIFIC LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO CLOSE CASE AND TO DISCHARGE SUPERSEDEAS BOND

This **MATTER** is before the Court on the parties' Joint Motion to Close Case and to Discharge Supersedeas Bond [D.E. 293]. The motion is **GRANTED**. The clerk is directed to **CLOSE** this case. The supersedeas bond filed by Plaintiffs in the amount of $178,358.02 (Bond No. 964-117-156) is hereby discharged.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of January, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1